```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
AMY QUINONES,                        :
                                     :
              Plaintiff,             :     08 Civ. 4241 (JSR)
                                     :
         -v-                         :     ORDER
                                     :
PATRICK FORKINS,                     :
BLANCHE FORKINS                      :
                                     :
              Defendants.            x
------------------------------------
```

JED S. RAKOFF, U.S.D.J.

    Pursuant to the Rules for the Division of Business Among District Judges for the Southern District of New York, Rules 21 and 22, the Clerk of the Court is directed to transfer this case to the White Plains Courthouse.

    SO ORDERED.

                                                    _____
                                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08